WHITEMAN
OSTERMAN
& HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Oriana L. Kiley
Partner
518.487.7728 phone
okiley@woh.com

August 31, 2026

**VIA ECF**

The Honorable Anthony J. Brindisi, US.D.J.
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

| | | |
|---|---|---|
| *Re:* | *3:26-cv-01397-AJB-ML* | *Doe v. Education Plus Corporation et al* |
| | *3:26-cv-01412-AJB-ML* | *S.H. v. Education Plus Corporation et al* |
| | *6:26-cv-01409-AJB-ML* | *C.R. v. Education Plus Corporation et al* |
| | *3:26-cv-01450-AJB-ML* | *Saez v. Education Plus Corporation et al* |
| | *3:26-cv-01493-AJB-ML* | *Barley v. Education Plus Corporation* |

Dear Judge Brindisi:

My office represents the Village of Hancock and the Hancock Village Police Department ("the Village Defendants") in the above matters. My office has accepted service of the Complaints in each of the above matters on behalf of the Village Defendants. With consent of Plaintiffs' counsel, we write to respectfully request an extension of time to respond to each Complaint until October 27, 2026.

As this Court is aware, this complex matter involves over 20 defendants and alleges 15 separate causes of action of a highly serious nature, among them are Civil RICO statutes, 18 U.S.C. 1962 et seq., the Trafficking Survivors Reparations Act, 18 U.S.C. 1595 et seq., state-based liability for Child Victims of Human Trafficking, Civil Rights Violations under 42 U.S.C. 1983, and Negligence and Negligent Supervision. My office will need reasonable time to review the pleadings, confer with our clients, and determine how we will meaningfully respond these allegations. This is our first request for an extension of the Answer deadline in each of the above matters, and, upon information and belief, we do not believe our request will affect any other deadline or court ordered appearance. Plaintiffs' counsel has kindly consented to this request.

We appreciate the Court's time and consideration.

Respectfully submitted,

Oriana L. Kiley

cc: All Counsel of Record via ECF

IT IS SO ORDERED:

Miroslav Lovric
U.S. Magistrate Judge

Dated: September 1, 2026
Binghamton, NY