WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
518.487.7777 fax

Oriana L. Kiley
Partner
518.487.7728 phone
*okiley@woh.com*

October 23, 2026

**VIA ECF**
Hon. Anthony J. Brindisi, U.S. District Judge
U.S. District Court for the Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: *Doe v. Education Plus Corporation et al,* Case Number: 3:26-cv-01397-AJB-ML
*C.R. v. Education Plus Corporation et al,* Case Number: 6:26-cv-01409-AJB-ML
*S.H. v. Education Plus Corporation et al,* Case Number: 3:26-cv-01412-AJB-ML
*Saez v. Education Plus Corporation et al,* Case Number: 3:26-cv-01450-AJB-ML
*Barley v. Education Plus Corporation et al,* Case Number: 3:26-cv-01493-AJB-ML

Dear Judge Brindisi:

This firm represents Defendants the Village of Hancock and the Hancock Village Police Department ("Village Defendants") in the above-captioned matters. In anticipation of our forthcoming Motions To Dismiss, due by October 27, 2026 in each of the above cases, I respectfully write to seek an extension of the twenty-five (25) page limit set forth in Local Rule 7.1(B) for the Village Defendant's Memorandum of Law in support of their Motion to Dismiss Plaintiff's Complaint. The Complaint is approximately 100 pages and alleges over a dozen causes of action. The Village Defendant's respectfully request an additional ten (10) pages, which are necessary to properly address and respond to Plaintiff's allegations and legal theories.

Thank you for your time and attention to this matter.

Respectfully submitted,

Oriana Kiley
Oriana L. Kiley

cc: All Counsel of Record via ECF
Pro Se Parties via U.S. Mail

IT IS SO ORDERED:

Miroslav Lovric
Miroslav Lovric
U.S. Magistrate Judge

Dated: October 30, 2026
Binghamton, NY