HOLISTIC JUSTICE
JOHANNESEN & UMANA PC
ATTORNEYS AT LAW

November 17, 2026

VIA ECF

John M. Domurad, Clerk of Court
United States District Court
Northern District of New York
James M. Hanley Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

**Re:** *C.R. v. Education Plus Corporation, et al.*, No. 6:26-cv-01409 (AJB/ML)
*Doe v. Education Plus Corporation, et al.*, No. 3:26-cv-01397 (AJB/ML)
*V.P. v. Education Plus Corporation, et al.*, No. 3:26-cv-01777 (AJB/ML)
*Van Arsdale v. Education Plus Corporation, et al.*, No. 3:26-cv-01462 (AJB/ML)

**Joint Letter Requesting Correction of the Spelling of Defendant Linda Drake's Name**

Dear Mr. Domurad:

Plaintiffs, through undersigned counsel, and Defendant Linda Drake, appearing *pro se*, jointly submit this letter in each of the above-referenced related actions pursuant to Magistrate Judge Lovric's Text Orders of November 16, 2026 (Dkt. 69 in *C.R.*; Dkt. 197 in *V.P.*; Dkt. 174 in *Van Arsdale*), which directed the parties to confer and, if a typographical error exists in the spelling of Defendant Drake's name, to seek its correction from the Clerk by joint letter.

Defendant Drake is named in the complaint and on the docket in each of these actions as "Lynda Drake." The correct spelling of her name is "Linda Drake," as stated in her letter to the Court dated November 9, 2026 (Dkt. 67 in *C.R.*; Dkt. 195 in *V.P.*; Dkt. 173 in *Van Arsdale*). The parties have conferred and agree that "Lynda" is a typographical error.

The same spelling appears on the docket in *Doe*, and Defendant Drake's November 9 letter identified that action as well. So that the dockets in all related actions are consistent, the parties request the same correction in *Doe*.

Accordingly, the parties jointly and respectfully request that the Clerk correct the docket in each of the above-referenced actions to reflect Defendant's name as "Linda Drake." Plaintiffs will use the corrected spelling in all future filings.

Thank you for your attention to this matter.

IT IS SO ORDERED:

Miroslav Lovric
U.S. Magistrate Judge

Dated: November 19, 2026
Binghamton, NY

Respectfully submitted,

/s/ Elizabeth Sarah Johannesen
Elizabeth Sarah Johannesen, Esq.
JOHANNESEN & UMANA, P.C.
Attorneys for Plaintiffs
68 Jay Street, Suite 225
Brooklyn, NY 11201
Tel: (917) 757-2244
Email: elizabethsarah.johannesen@esjlaw.info

Linda Drake
Defendant, *pro se*
1028 Old Farm Circle
Elgin, SC 29045
Tel: (803) 669-1803

cc: Hon. Miroslav Lovric, United States Magistrate Judge (via ECF)
All counsel of record (via ECF)
Pro se Defendants (via first-class mail, with certificate of service)