UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br><br>-against-<br><br>EDUCATION PLUS CORPORATION d/b/a FAMILY FOUNDATION SCHOOL, et al.,<br><br>Defendants. | Case No.: 3:26-cv-01397 (AJB/ML)<br><br>**STIPULATION AND PROPOSED ORDER OF CONFIDENTIALITY REGARDING PLAINTIFF'S IDENTITY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jane Doe ("Plaintiff"), through undersigned counsel, and Defendant Linda Drake, sued herein as Lynda Drake, appearing *pro se* ("Defendant Drake"), as follows:

WHEREAS, Plaintiff has moved for leave to proceed under a pseudonym (Dkt. 20), and that motion remains pending;

WHEREAS, Defendant Drake has asked to learn Plaintiff's identity so that she may respond to the Complaint; and

WHEREAS, the parties wish to provide for that disclosure on terms that protect Plaintiff's privacy;

NOW, THEREFORE, the parties stipulate and agree, and the Court orders, as follows:

1. Disclosure. Within five (5) days after this Stipulation has been signed by both parties, Plaintiff's counsel will disclose Plaintiff's legal name to Defendant Drake in writing.

2. Confidential Identity Information. Plaintiff's legal name, any former names, and any other information that identifies Plaintiff or could reasonably be used to identify Plaintiff (together, "Confidential Identity Information") shall be treated as confidential under this Stipulation.

3. Permitted Use. Defendant Drake shall use Confidential Identity Information solely for the purpose of defending this action and for no other purpose.

4. Limits on Disclosure. Defendant Drake shall not disclose Confidential Identity Information to any person other than (a) an attorney she retains to represent her in this action; (b)

the Court and its personnel; and (c) any other person, with the prior written consent of Plaintiff's counsel or by order of the Court. Before any disclosure under subparagraph (a) or (c), Defendant Drake shall provide that person with a copy of this Stipulation, and that person shall agree in writing to be bound by it.

5. No Public Disclosure. Defendant Drake shall not post, publish, or otherwise disseminate Confidential Identity Information on social media, on the internet, to the press, or in any other public forum.

6. Court Filings. In all filings in this action, the parties shall refer to Plaintiff only as "Jane Doe." Any filing that contains Confidential Identity Information shall be redacted or filed under seal in accordance with the Local Rules of this Court and the Court's procedures for sealed filings.

7. No Contact. Defendant Drake shall not use Confidential Identity Information to contact, directly or indirectly, Plaintiff or any member of Plaintiff's family. Any communication from Defendant Drake to Plaintiff concerning this action shall be directed to Plaintiff's counsel.

8. No Waiver. Nothing in this Stipulation shall affect Plaintiff's pending motion for leave to proceed under a pseudonym (Dkt. 20), Defendant Drake's right to respond to that motion, or any party's right to apply to the Court to modify this Stipulation. Disclosure under this Stipulation is not a waiver of Plaintiff's privacy interests or of any right to seek further protection from the Court.

9. Duration. The obligations of this Stipulation shall survive the final disposition of this action. Within thirty (30) days after final disposition, Defendant Drake shall return to Plaintiff's counsel or destroy all documents containing Confidential Identity Information.

10. Enforcement. The Court shall retain jurisdiction to enforce this Stipulation. Any violation may be addressed by the Court, including through sanctions.

11. Signatures. This Stipulation may be signed in counterparts, and electronic or scanned signatures shall be deemed originals. The parties respectfully request that the Court so-order this Stipulation.

Dated: November 18, 2026

JOHANNESEN & UMANA, P.C.

By: /s/ Elizabeth Sarah Johannesen
Elizabeth Sarah Johannesen, Esq.
Attorneys for Plaintiff
68 Jay Street, Suite 225
Brooklyn, NY 11201
Tel: (917) 757-2244
elizabethsarahjohannesen@esjlaw.info

Dated: November ___, 2026

Linda Drake
Defendant, *pro se*
1028 Old Farm Circle
Elgin, SC 29045
Tel: (803) 669-1803

SO ORDERED:

Dated: November 19, 2026
Binghamton, New York

Hon. Miroslav Lovric
United States Magistrate Judge